EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>    Rosaura González Rucci | 2001 TSPR 103<br><br>154 DPR _____ |

Número del Caso: TS-7879


Fecha: 6/julio/2001


Oficina de Inspección de Notarías:

                          Lcda. Carmen H. Carlos
                          Directora


Abogada de la Parte Querellada:
                          Por Derecho Propio


Materia: Solicitud de Reinstalación

    Este documento constituye un documento oficial del Tribunal Supremo que está
    sujeto a los cambios y correcciones del proceso de compilación y publicación
    oficial de las decisiones del Tribunal. Su distribución electrónica se hace
    como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rosaura González Rucci                    TS-7879

Sala Especial de Verano integrada por el Juez Asociado señor Rebollo López, como su Presidente, y los Jueces Asociados señores Hernández Denton y Fuster Berlingeri.

RESOLUCION

San Juan, Puerto Rico, a 6 de julio de 2001.

A la moción solicitando reinstalación, con lugar como se pide. Se autoriza la reinstalación de la peticionaria al ejercicio profesional. Se apercibe a la peticionaria que al descargar sus responsabilidades profesionales, deberá observar estrictamente los cánones de ética profesional y que en el futuro deberá cumplir rigurosamente con las resoluciones de este Tribunal.

Visto el Informe de la Directora de la Oficina de Inspección de Notarías fechado 12 de junio de 2001, se aprueban los protocolos de 1995 y 1996 de Rosaura González Rucci, sujetos a las deficiencias señaladas, y sin que ello implique de ninguna forma que se libera a la notario de cualquier eventual responsabilidad civil o disciplinaria que tal conducta pueda provocar.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                         Isabel Llompart Zeno
                      Secretaria del Tribunal Supremo